UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Robert Bruce Lindsay<br>Attorney at Law, Bar No. 2237 | Case No. 2:22-ms-00076<br><br>ORDER OF SUSPENSION |

On December 19, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt, status unknown. (ECF No. 1.) Regardless, the OSC provided Mr. Lindsay with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Lindsay. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Robert Bruce Lindsay, Bar No. 2237, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 22nd Day of June 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 26th Day of June, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

Robert Bruce Lindsay
245 Lovett Ln.
Las Vegas, NV 89506

Certified Mail No.: 7020 3160 0000 7420 3685

/s/ Sharon H.
Deputy Clerk
United States District Court,
District of Nevada

2